CHRIS A. HOLLINGER (S.B. #147637)
CHRISTOPHER T. SCANLAN (S.B. #211724)
O'MELVENY & MYERS LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

MARK R. THIERMAN (S.B. #72913)
THIERMAN LAW FIRM P.C.
7287 Lakeside Drive
Reno, NV 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

FRAMROZE M. VIRJEE (S.B. #120401)
ADAM P. KOHSWEENEY (S.B. #229983)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

JAMES F. CLAPP (S.B. #145814)
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Dr. Suite 970
San Diego, CA 92122
Telephone: (858) 623-4200
Facsimile: (858) 623-4299

Attorneys for Defendant
CITIGROUP GLOBAL MARKETS INC.

Attorneys for Plaintiff
GUITA BAHRAMIPOUR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUITA BAHRAMIPOUR, on behalf of herself, the general public, and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC., *et al.*,<br><br>    Defendants. | Case No. CV-04-4440 CW<br><br>**ORDER CONTINUING DISCOVERY AND OTHER CASE MANAGEMENT DEADLINES TO ALLOW TIME TO MEDIATE** |

  Pursuant to the Amended Stipulation To Continue Discovery And Other Case Management Deadlines To Allow Time To Mediate, submitted jointly by all parties to the above-captioned matter, and for the reasons discussed in said Stipulation, the deadlines set forth in this Court's Minute Order and Case Management Order, dated April 6, 2005, are

1

modified as follows:

| | |
|---|---|
| February 27, 2006 | Deadline to add additional parties or claims; |
| May 4, 2006 | Completion of fact discovery on class certification issues; |
| May 18, 2006 | Disclosure of initial expert witnesses (including reports) on class certification issues; |
| May 29, 2006 | Disclosure of rebuttal expert witnesses (including reports) on class certification issues; |
| June 27, 2006 | Completion of expert discovery on class certification issues; |
| August 4, 2006 | Deadline for Plaintiff's motion for class certification; |
| August 18, 2006 | Deadline for Defendant's opposition to motion for class certification; |
| August 25, 2006 | Deadline for Plaintiff's reply in support of motion for class certification; |
| September 8, 2006 | Hearing on Plaintiff's motion for class certification; |
| September 8, 2006 | Further Case Management Conference. |

**IT IS SO ORDERED.**

Dated: **7/7/05**                                              **/s/ CLAUDIA WILKEN**

                                                          Hon. Claudia Wilken
                                               UNITED STATES DISTRICT JUDGE