MARK R. THIERMAN (72913)
THIERMAN LAW FIRM P.C.
7287 Lakeside Drive
Reno, NV 89511
Tel: (775) 284-1500; Facsimile: (775) 703-5027

JAMES F. CLAPP (145814)
DOSTART CLAPP GORDON & COVENEY, LLP
4370 La Jolla Village Dr. Ste. 970
San Diego, CA 92122
Tel: (858) 623-4200; Facsimile: (858) 623-4299

H. TIM HOFFMAN (49141)
ARTHUR W. LAZEAR (83603)
HOFFMAN & LAZEAR
180 Grand Ave. Ste. 1550
Oakland, CA 94612
Tel. (510) 763-5700

JOHN M. KELSON (75462)
LAW OFFICE OF JOHN M. KELSON
1970 Broadway, Ste. 940
Oakland, CA 94612
Tel. (510) 465-1326

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUITA BAHRAMIPOUR, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS, INC., formerly known as SALOMON SMITH BARNEY, INC.<br><br>Defendants. | CASE NO. C 04-04440 CW<br><br>CLASS ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING FILING OF FIRST AMENDED COMPLAINT<br><br>Hon. Claudia Wilken |

WHEREAS, plaintiff Guita Bahramipour would like to file a First Amended Complaint, attached hereto as Exhibit A;

WHEREAS, defendant Citigroup Global Markets Inc. ("Citigroup") has no objection to the filing of the First Amended Complaint;

WHEREAS, plaintiff has agreed to allow Citigroup additional time to answer or otherwise respond to the First Amended Complaint;

NOW THEREFORE, plaintiff and Citigroup, through their respective counsel, hereby stipulate as follows:

1. Plaintiff's First Amended Complaint, attached hereto as Exhibit A, is deemed filed and served as of the date the Court signs and enters this Stipulation and Order;

2. Citigroup shall have until February 10, 2006 to answer or otherwise respond to the First Amended Complaint.

IT IS SO STIPULATED.

Dated: January 10, 2006

DOSTART CLAPP GORDON & COVENEY, LLP

_____
JAMES F. CLAPP
Attorneys for Plaintiff

Dated: January 10, 2006

O'MELVENY & MYERS LLP

/s/
_____
CHRIS A. HOLLINGER
Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER ALLOWING FILING OF FIRST AMENDED COMPLAINT        2

## ORDER

Good cause appearing therefor, plaintiff's First Amended Complaint ~~is deemed filed and~~ must be e-filed and served as of the date set forth below. Defendant shall have until February 10, 2006 to answer or otherwise respond to the First Amended Complaint.

IT IS SO ORDERED.

Dated: 1/18/06     _____
　　　　　　　　　　　　　　　　　　　　　　　　　　HON. CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge



IT IS SO ORDERED AS MODIFIED
Judge Claudia Wilken