CHRIS A. HOLLINGER (S.B. #147637)
CHRISTOPHER T. SCANLAN (S.B. #211724)
O'MELVENY & MYERS LLP
275 Battery Street, Suite 2600
San Francisco, CA  94111-3344
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

FRAMROZE M. VIRJEE (S.B. #120401)
ADAM P. KOHSWEENEY (S.B. #229983)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Defendant
CITIGROUP GLOBAL MARKETS INC.

MARK R. THIERMAN (S.B. #72913)
THIERMAN LAW FIRM P.C.
7287 Lakeside Drive
Reno, NV 89511
Telephone:   (775) 284-1500
Facsimile:   (775) 703-5027

JAMES F. CLAPP (S.B. #145814)
DOSTART CLAPP GORDON & COVENEY, LLP
4370 La Jolla Village Dr. Suite 970
San Diego, CA  92122
Telephone:   (858) 623-4200
Facsimile:   (858) 623-4299

Attorneys for Plaintiff
GUITA BAHRAMIPOUR, AUSTIN HEBERGER, JR. AND JANELLA HAIRSTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUITA BAHRAMIPOUR, AUSTIN HEBERGER, JR., and JANELLA HAIRSTON, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC., *et al.*,<br><br>        Defendants. | Case No. CV-04-4440 CW<br><br>**ORDER CONTINUING DISCOVERY AND OTHER CASE MANAGEMENT DEADLINES TO ALLOW TIME TO MEDIATE** |

1

Pursuant to the Stipulation To Continue Discovery And Other Case Management Deadlines To Allow Time To Mediate, submitted jointly by all parties to the above-captioned matter, and for the reasons discussed in said Stipulation, the deadlines set forth in this Court's Order of July 7, 2005, are modified as follows:

| Date | Event |
|---|---|
| August 4, 2006 | Completion of fact discovery on class certification issues; |
| August 17, 2006 | Disclosure of initial expert witnesses (including reports) on class certification issues; |
| August 28, 2006 | Disclosure of rebuttal expert witnesses (including reports) on class certification issues; |
| September 28, 2006 | Completion of expert discovery on class certification issues; |
| November 3, 2006 | Deadline for Plaintiff's motion for class certification; |
| November 17, 2006 | Deadline for Defendant's opposition to motion for class certification; |
| November 27, 2006 | Deadline for Plaintiff's reply in support of motion for class certification; |
| December 8, 2006 | Hearing on Plaintiff's motion for class certification; |
| December 8, 2006 | Further Case Management Conference. |

**IT IS SO ORDERED.**

Dated: 3/16/06

/s/ CLAUDIA WILKEN

Hon. Claudia Wilken
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER
CASE NO. CV-04-4440 CW