| | |
|---|---|
| CHRIS A. HOLLINGER (S.B. #147637) | FRAMROZE M. VIRJEE (S.B. #120401) |
| CHRISTOPHER SCANLAN (S.B. #211724) | ADAM P. KOHSWEENEY (S.B. #229983) |
| O'MELVENY & MYERS LLP | O'MELVENY & MYERS LLP |
| Embarcadero Center West | 400 South Hope Street |
| 275 Battery Street | Los Angeles, CA  90071-2899 |
| San Francisco, CA  94111-3344 | Telephone:     (213) 430-6000 |
| Telephone:     (415) 984-8700 | Facsimile:     (213) 430-6407 |
| Facsimile:     (415) 984-8701 | |

Attorneys for Defendant
CITIGROUP GLOBAL MARKETS INC.

| | |
|---|---|
| MARK R. THIERMAN (S.B. #72913) | JOHN M. KELSON (S.B. #75462) |
| MICHELINE N. FAIRBANK (S.B. #226038) | LAW OFFICE OF JOHN M. KELSON |
| THIERMAN LAW FIRM P.C. | 1970 Broadway, Suite 940 |
| 7287 Lakeside Drive | Oakland, CA 94612 |
| Reno, NV  89511 | Telephone: (510) 465-1326 |
| Telephone:     (775) 284-1500 | |
| Facsimile:     (775) 703-5027 | |

| | |
|---|---|
| H. TIM HOFFMAN  (S.B. #49141) | JAMES F. CLAPP (S.B. #145814) |
| ARTHUR W. LAZEAR  (S.B. #83603) | MARITA M. LAUINGER (S.B. #199242) |
| HOFFMAN & LAZEAR | DOSTART CLAPP GORDON & COVENEY LLP |
| 180 Grand Avenue, Suite 1550 | 4370 La Jolla Village Dr., Ste. 970 |
| Oakland, CA 94612 | San Diego, CA  92122 |
| Telephone: (510) 763-5700 | Telephone:     (858) 623-4200 |
| | Facsimile:     (858) 623-4299 |

Attorneys for Plaintiffs
GUITA BAHRAMIPOUR et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUITA BAHRAMIPOUR, AUSTIN HEBERGER, JR., and JANELLA HAIRSTON, individually, and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br>    v.<br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC., et al.,<br><br>                     Defendants. | Case No. C 04-04440 CW<br><br>**STIPULATION AND ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE TO JANUARY 26, 2007**<br><br>Judge:       Hon. Claudia Wilken |

WHEREAS the Court previously set a further case management conference in this matter, to be held on December 8, 2006;

1  WHEREAS since the date for the further case management conference was initially set, the parties have reached agreement to settle this matter, and are continuing to diligently negotiate the final and formal terms of said settlement; and

WHEREAS the attorneys for Defendant who are principally responsible for this matter will be in hearings in San Diego and Seattle on December 8;

NOW, THEREFORE, THE PARTIES, by and through their counsel of record, respectfully request that the case management conference in this matter be continued to January 26, 2007 at 1:30 p.m.

Dated:   November 30, 2006.

O'MELVENY & MYERS LLP
FRAMROZE M. VIRJEE
CHRIS A. HOLLINGER
ADAM P. KOHSWEENEY

By:     /s/
         Chris Hollinger
Attorneys for Defendant
CITIGROUP GLOBAL MARKETS INC.

Dated:   November 30, 2006.

THIERMAN LAW FIRM P.C.
MARK R. THIERMAN

DOSTART CLAPP GORDON & COVENEY LLP
JAMES F. CLAPP
MARITA M. LAUINGER

HOFFMAN & LAZEAR
H. TIM HOFFMAN
ARTHUR W. LAZEAR

LAW OFFICE OF JOHN M. KELSON
JOHN M. KELSON

By:      / w/ permission /
         James F. Clapp
Attorneys for Plaintiffs
GUITA BAHRAMIPOUR, AUSTIN HEBERGER, JR., and JANELLA HAIRSTON

1 **ORDER**

2 The further case management conference in this matter, initially scheduled for December

3 8, 2006, is hereby CONTINUED to January 26, 2007, at 1:30 p.m.

4 Dated: Dec. 4, 2006.                    UNITED STATES DISTRICT COURT

6                                         By:  /s/ CLAUDIA WILKEN
7                                              The Honorable Claudia Wilken
                                               United States District Judge

9 SF1:652926.1