1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GUITA BAHRAMIPOUR, AUSTIN HEBERGER, JR., and JANELLA HAIRSTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS, INC., formerly known as SALOMON SMITH BARNEY, INC.<br><br>Defendants. | CASE NO. C 04-04440 CW<br><br>**STIPULATION AND [PROPOSED] ORDER (1) CONTINUING CASE MANAGEMENT CONFERENCE, AND (2) SETTING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Claudia Wilken<br>Courtroom 2, 4th Floor |

WHEREAS, a Case Management Conference in the above-captioned matter is currently scheduled for Friday, January 26, 2007 at 1:30 p.m.;

1  WHEREAS, the parties have reached a proposed classwide settlement of this matter and are currently in the process of documenting the settlement and preparing their joint motion for preliminary approval;

WHEREAS, because the motion is unopposed, the parties have requested that the Court hear the motion on a shortened-time basis if possible;

WHEREAS, the parties believe that it would be most efficient to schedule the Case Management Conference for the same date as the preliminary approval hearing;

NOW THEREFORE, subject to the Court's approval, the parties hereby stipulate as follows:

1. The parties respectfully request that the Court vacate the Case Management Conference set for Friday, January 26, 2007 at 1:30 p.m. and reset the Conference to be heard concurrently with the parties' joint motion for preliminary approval of the class action settlement on Friday, February 16, 2007 at 10:00 a.m.

2. The parties will file their joint motion for preliminary approval no later than Friday, February 2, 2007 and respectfully request that the Court hear the motion, on a shortened-time basis, on Friday, February 16, 2007 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: January 24, 2007                DOSTART CLAPP GORDON & COVENEY, LLP


                                       _____/S/_____
                                       JAMES F. CLAPP
                                       Attorneys for Plaintiffs


Dated: January 24, 2007                O'MELVENY & MYERS LLP


                                       _____/S/_____
                                       CHRIS A. HOLLINGER
                                       Attorneys for Defendant

ORDER

GOOD CAUSE APPEARING, the Court hereby orders as follows:

1. The Case Management Conference currently scheduled for Friday, January 26, 2007 at 1:30 p.m. is continued to Friday, February 16, 2007 at 10:00 a.m., to be heard concurrently with the parties' joint motion for preliminary approval of the proposed class action settlement.

2. The joint motion for preliminary approval shall be heard on a shortened-time basis. The parties shall file their motion no later than Friday, February 2, 2007.

IT IS SO ORDERED.

Dated: 1/25/07

HON. CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE