UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GUITA BAHRAMIPOUR, AUSTIN HEBERGER, JR., and JANELLA HAIRSTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS, INC., formerly known as SALOMON SMITH BARNEY, INC.<br><br>Defendants. | CASE NO.  C 04-04440 CW<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING THE PARTIES TO FILE THEIR JOINT MOTION FOR PRELIMINARY APPROVAL ON FEBRUARY 7, 2007**<br><br>Hon. Claudia Wilken<br>Courtroom 2, 4th Floor |

WHEREAS, on January 25, 2007, the Court entered an order (1) scheduling the hearing on the parties' joint motion for preliminary approval of their class action settlement for February 16, 2007 at 10:00 a.m.; and (2) directing the parties to file their joint motion no later than February 2, 2007;

1  WHEREAS, the parties are diligently working on finalizing the settlement agreement and preparing their motion for preliminary approval but need a few more days to complete those tasks;

NOW THEREFORE, subject to the Court's approval, the parties hereby stipulate as follows:

1. The parties respectfully request that the Court modify its January 25, 2007 order and permit the parties to file their joint motion for preliminary approval on February 7, 2007.

IT IS SO STIPULATED.

Dated: January 31, 2007          DOSTART CLAPP GORDON & COVENEY, LLP


                                 _____/S/_____
                                 JAMES F. CLAPP
                                 Attorneys for Plaintiffs


Dated: January 31, 2007          O'MELVENY & MYERS LLP


                                 _____/S/_____
                                 CHRIS A. HOLLINGER
                                 Attorneys for Defendant

<u>ORDER</u>

GOOD CAUSE APPEARING, the Court hereby orders as follows:

1. The deadline for the parties to file their joint motion for preliminary approval is extended from February 2, 2007 to February 7, 2007.

IT IS SO ORDERED.

Dated: 2/1/07

_____
HON. CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE