| | |
|---|---|
| CHRIS A. HOLLINGER (S.B. #147637) | FRAMROZE M. VIRJEE (S.B. #120401) |
| CHRISTOPHER SCANLAN (S.B. #211724) | ADAM P. KOHSWEENEY (S.B. #229983) |
| O'MELVENY & MYERS LLP | O'MELVENY & MYERS LLP |
| Embarcadero Center West | 400 South Hope Street |
| 275 Battery Street | Los Angeles, CA 90071-2899 |
| San Francisco, CA 94111-3344 | Telephone: (213) 430-6000 |
| Telephone: (415) 984-8700 | Facsimile: (213) 430-6407 |
| Facsimile: (415) 984-8701 | |

Attorneys for Defendant
CITIGROUP GLOBAL MARKETS INC.

| | |
|---|---|
| MARK R. THIERMAN (S.B. #72913) | JOHN M. KELSON (S.B. #75462) |
| THIERMAN LAW FIRM P.C. | LAW OFFICE OF JOHN M. KELSON |
| 7287 Lakeside Drive | 1999 Harrison Street, Suite 700 |
| Reno, NV 89511 | Oakland, CA 94612 |
| Telephone: (775) 284-1500 | Telephone: (510) 465-1326 |
| Facsimile: (775) 703-5027 | |

| | |
|---|---|
| H. TIM HOFFMAN (S.B. #49141) | JAMES F. CLAPP (S.B. #145814) |
| ARTHUR W. LAZEAR (S.B. #83603) | MARITA M. LAUINGER (S.B. #199242) |
| HOFFMAN & LAZEAR | DOSTART CLAPP GORDON & COVENEY LLP |
| 180 Grand Avenue, Suite 1550 | 4370 La Jolla Village Dr., Ste. 970 |
| Oakland, CA 94612 | San Diego, CA 92122 |
| Telephone: (510) 763-5700 | Telephone: (858) 623-4200 |
| Facsimile: (510) 835-1311 | Facsimile: (858) 623-4299 |

Attorneys for Plaintiffs
GUITA BAHRAMIPOUR et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUITA BAHRAMIPOUR, AUSTIN HEBERGER, JR., and JANELLA HAIRSTON, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC., et al.,<br><br>        Defendants. | Case No. C 04-04440 CW<br><br>**STIPULATION AND [PROPOSED] ORDER (1) CONTINUING FURTHER CASE MANAGEMENT CONFERENCE, AND (2) SETTING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:    Hon. Claudia Wilken<br>Courtroom 2, 4th Floor |

WHEREAS, a Case Management Conference in the above-captioned matter is currently scheduled for Friday, February 16, 2007 at 10:00 a.m.;

1  WHEREAS, the parties have reached a proposed classwide settlement of this matter and are currently in the process of documenting the settlement and preparing their joint motion for preliminary approval;

WHEREAS, because the motion is unopposed, the parties have requested that the Court hear the motion on a shortened-time basis if possible;

WHEREAS, the parties believe that it would be most efficient to schedule the Case Management Conference for the same date as the preliminary approval hearing;

NOW, THEREFORE, subject to the Court's approval, the parties hereby stipulate as follows:

1. The parties respectfully request that the Court vacate the Case Management Conference set for Friday, February 16, 2007 at 10:00 a.m. and reset the Conference to be heard concurrently with the parties' joint motion for preliminary approval of the class action settlement on Friday, March 2, 2007 at 10:00 a.m.

2. The parties will file their joint motion for preliminary approval no later than Friday, February 16, 2007 and respectfully request that the Court hear the motion, on a shortened-time basis, on Friday, March 2, 2007 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: February 7, 2007.

O'MELVENY & MYERS LLP
FRAMROZE M. VIRJEE
CHRIS A. HOLLINGER
CHRISTOPHER T. SCANLAN
ADAM P. KOHSWEENEY

By:＿＿＿/s/＿＿＿＿＿＿＿＿＿＿＿
Chris A. Hollinger
Attorneys for Defendant
CITIGROUP GLOBAL MARKETS INC.

Dated: February 7, 2007.

DOSTART CLAPP GORDON & COVENEY LLP

By:＿＿＿/with permission/＿＿＿＿＿＿＿
James F. Clapp
Marita M. Lauinger
Attorneys for Plaintiffs

**ORDER**

GOOD CAUSE APPEARING, the Court hereby orders as follows:

1. The further case management conference in this matter, currently scheduled for February 16, 2007, is hereby vacated and continued to Friday, March 2, 2007 at 10:00 a.m., to be heard concurrently with the parties' joint motion for preliminary approval of the proposed class action settlement.

2. The joint motion for preliminary approval shall be heard on a shortened-time basis. The parties shall file their motion no later than Friday, February 16, 2007.

Dated: 2/9 , 2007.

By: _____
The Honorable Claudia Wilken
United States District Judge

SF1:660857.1