UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUITA BAHRAMIPOUR, AUSTIN HEBERGER, JR., and JANELLA HAIRSTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC.,<br><br>Defendant. | Case No. C 04-04440 CW<br><br>**STIPULATION AND [PROPOSED] ORDER RELATING CASES TO FACILITATE CLASS ACTION SETTLEMENT**<br><br>[Civil L.R. 3-12]<br><br>Hon. Claudia Wilken |

WHEREAS, on September 16, 2004, a class action entitled <u>Bahramipour et al. v. Citigroup Global Markets, Inc.</u>, Case No. 04-4440 CW ("<u>Bahramipour</u>") was filed in this District against defendant Citigroup Global Markets Inc. ("CGMI") and assigned to this Court;

WHEREAS, on February 8, 2007, a class and collective action entitled <u>LaVoice et al. v. Smith Barney, a Division of Citigroup Global Markets, Inc.</u>, Case No. 07-801 MEJ was filed in this District against CGMI and assigned to the Hon. Maria-Elena James;

1 WHEREAS, Bahramipour and LaVoice allege that CGMI's financial advisors/stockbrokers throughout the United States are entitled to overtime pay because they are misclassified as "exempt" employees under applicable federal and state law; and both Bahramipour and LaVoice allege that CGMI unlawfully deducts certain business-related expenses from the compensation of these employees, in violation of state law;

WHEREAS, the parties have entered into a proposed global settlement of all claims that are pending in Bahramipour and LaVoice, and that settlement, if approved by the Court, would result in a dismissal of Bahramipour and LaVoice with prejudice;

WHEREAS, the parties believe that Bahramipour and LaVoice meet the definition of "related cases," under Civil Local Rule 3-12(a), in that (1) both lawsuits involve the same defendant, the same job positions, and the same legal theories; (2) both lawsuits challenge the legality of CGMI's nationwide commission plan; and (3) it would be prudent and most efficient for a single judge to evaluate the fairness of the proposed global settlement of the class and collective claims;

NOW THEREFORE, subject to the Court's approval of this Stipulation, the parties, by and through their respective counsel, hereby stipulate as follows:

1. The parties jointly request that the Court enter an order finding that Bahramipour and LaVoice are related and assign LaVoice to the Hon. Claudia Wilken.

IT IS SO STIPULATED.

Dated: February 8, 2007          DOSTART CLAPP GORDON & COVENEY, LLP


                                 _____/S/_____
                                 JAMES F. CLAPP
                                 Plaintiffs' Counsel in Bahramipour

Dated: February 8, 2007          WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP


                                 _____/S_____
                                 JEFFREY G. SMITH
                                 Plaintiffs' Counsel in LaVoice

1

| | | |
|---|---|---|
| 1 | Dated: February 8, 2007 | O'MELVENY & MYERS LLP |

_____/S_____
CHRIS A. HOLLINGER
Attorneys for Defendant
Citigroup Global Markets, Inc.

2

STIPULATION AND [PROPOSED] ORDER RELATING CASES                     C-04-04440 CW

1  <u>ORDER</u>

2  The Court hereby finds and orders as follows:

3  1.  The Court finds that the action entitled <u>LaVoice et al. v. Smith Barney, a Division of Citigroup Global Markets, Inc.</u>, Case No. 07-801 MEJ is related to the action entitled <u>Bahramipour v. Citigroup Global Markets, Inc.</u>, Case No. 04-4440 CW.

6  2.  The <u>LaVoice</u> action is hereby assigned to the docket of the Hon. Claudia Wilken.

7  IT IS SO ORDERED.

8  Dated: __2/13/07_____        _____
   HON. CLAUDIA WILKEN
9  U.S. District Court Judge

3