UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

   A Joint Motion for Administrative Relief to Consider Whether Cases Should be Related (Civil L.R. 3-12) and Stipulation Relating Case to Facilitate Class Action Settlement have been filed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me.

| | |
|---|---|
| **C 04-04440 CW** | **Bahramipour v. Citigroup Global Markets Inc.** |
| **C 07-00801 MEJ** | **LaVoice et al v. Smith Barney** |

   I find that the above case is related to the case assigned to me. **CW**

**ORDER**

   Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge **("CW")** immediately after the case number. The case management conference in the reassigned case is vacated. **A hearing on a joint motion for preliminary approval of class action settlement will be held in both of the above-captioned cases on March 2, 2007, at 10:00 a.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.**

Dated: 2/13/07     */s/ Claudia Wilken*

           Judge Claudia Wilken

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED: _____**     **By: _____**
                                                                                                          **Deputy Clerk**

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____(date)