MARK R. THEIRMAN, SBN 72913
THIERMAN LAW FIRM P.C.
7287 Lakeside Drive
Reno, NV 89511
Telephone (775) 284-1500 Fax (775) 703-5027
Electronic mail:laborlawyer@pacbell.net

H. TIM HOFFMAN, SBN 49141
ARTHUR W. LAZEAR, SBN 83603
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700

JOHN M. KELSON, SBN 75462
LAW OFFICE OF JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, CA 94612

JAMES F. CLAPP SBN 145814
MARITA M. LAUINGER SBN 199242
DOSTART CLAPP GORDON &
COVENEY, LLP
4370 La Jolla Village Drive Suite 970
San Diego, CA 92122

Attorneys for Plaintiff GUITA BAHRAMIPOUR
and Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUITA BAHRAMIPOUR, AUSTIN HEBERGER, JR., and JANELLA HAIRSTON, individually, and on behalf of all others similarly situation,<br><br>      Plaintiffs,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON MSITH BARNEY, INC.,<br><br>      Defendant. | **Case No. C 04-04440 CW**<br>ORDER GRANTING SUBSTITUTION OF COUNSEL BY PLAINTIFF GUITA BAHRAMIPOUR |

1

SUBSTITUTION OF COUNSEL BY PLAINTIFF

1  Plaintiff GUITA BAHRAMIPOUR ("Plaintiff"), individually and on her own behalf,
2  hereby substitutes ERWIN J. SHUSTAK, TOM FROST, SHUSTAK & PARTNERS, 401 West
3  "A" Street, Suite 2330, San Diego, CA 92101, as her counsel in the above-captioned matter in
4  place of MARK R. THIERMAN, THIERMAN LAW FIRM P.C., 7287 Lakeside Drive Reno,
5  NV 89511; H. TIM HOFFMAN, ARTHUR W. LAZEAR, HOFFMAN & LAZEAR, 180 Grand
6  Avenue, Suite 1550, Oakland, CA 94612; JOHN M. KELSON, LAW OFFICE OF JOHN M.
7  KELSON, 1999 Harrison Street, Suite 700, Oakland, CA 94612; and JAMES F. CLAPP,
8  MARITA M. LAUINGER, DOSTART CLAPP GORDON & COVENEY, LLP, 4370 La Jolla
9  Village Drive, Suite 970, San Diego, CA 92122. Plaintiff respectfully requests that the Court
10 approve this substitution.

11  I consent to the foregoing substitution for Plaintiff GUITA BAHRAMIPOUR,
12 individually and on her own behalf.
13 DATED: ~~March~~ April 8, 2007

                                                        4-8-07
                                            _____
                                            GUITA BAHRAMIPOUR, Plaintiff
                                            Individually and on her own behalf


   I consent to the foregoing substitution for Plaintiff GUITA BAHRAMIPOUR,
individually and on her own behalf.

DATED: March __, 2007                       THIERMAN LAW FIRM P.C.


                                            BY:_____
                                               MARK R. THIERMAN

2

SUBSTITUTION OF COUNSEL BY PLAINTIFF

Plaintiff GUITA BAHRAMIPOUR ("Plaintiff"), individually and on her own behalf, hereby substitutes ERWIN J. SHUSTAK, TOM FROST, SHUSTAK & PARTNERS, 401 West "A" Street, Suite 2330, San Diego, CA 92101, as her counsel in the above-captioned matter in place of MARK R. THIERMAN, THIERMAN LAW FIRM P.C., 7287 Lakeside Drive Reno, NV 89511; H. TIM HOFFMAN, ARTHUR W. LAZEAR, HOFFMAN & LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, CA 94612; JOHN M. KELSON, LAW OFFICE OF JOHN M. KELSON, 1999 Harrison Street, Suite 700, Oakland, CA 94612; and JAMES F. CLAPP, MARITA M. LAUINGER, DOSTART CLAPP GORDON & COVENEY, LLP, 4370 La Jolla Village Drive, Suite 970, San Diego, CA 92122. Plaintiff respectfully requests that the Court approve this substitution.

I consent to the foregoing substitution for Plaintiff GUITA BAHRAMIPOUR, individually and on her own behalf.

DATED: March __, 2007

GUITA BAHRAMIPOUR, Plaintiff<br>
Individually and on her own behalf

I consent to the foregoing substitution for Plaintiff GUITA BAHRAMIPOUR, individually and on her own behalf.

DATED: April/March 4, 2007                    THIERMAN LAW FIRM P.C.

                                              BY: _____
                                                  MARK R. THIERMAN

1  I consent to the foregoing substitution for Plaintiff GUITA BAHRAMIPOUR,
2  individually and on her own behalf.
3  DATED: March __, 2007                    HOFFMAN & LAZEAR

5                                           BY:_____
6                                              H. TIM HOFFMAN

7  I consent to the foregoing substitution for Plaintiff GUITA BAHRAMIPOUR,
8  individually and on her own behalf.
9  DATED: March 9, 2007                    LAW OFFICE OF JOHN M. KELSON

11                                          BY:_____
12                                             JOHN M. KELSON

13  I consent to the foregoing substitution for Plaintiff GUITA BAHRAMIPOUR,
14  individually and on her own behalf.
15  DATED: March __, 2007                   DOSTART CLAPP GORDON &
                                            COVENEY, LLP

18                                          BY:_____
19                                             JAMES F. CLAPP

20  I accept the foregoing substitution for Plaintiff GUITA BAHRAMIPOUR,
21  individually and on her own behalf.
22  DATED: March 9, 2007                    SHUSTAK & PARTNERS, P.C.

24                                          BY:_____
25                                             ERWIN J. SHUSTAK

```
 1    I consent to the foregoing substitution for Plaintiff GUITA BAHRAMIPOUR,
 2  individually and on her own behalf.
 3  DATED: March 9, 2007              HOFFMAN & LAZEAR
 4
 5                                    BY: _____
 6                                        H. TIM HOFFMAN
 7    I consent to the foregoing substitution for Plaintiff GUITA BAHRAMIPOUR,
 8  individually and on her own behalf.
 9  DATED: March __, 2007             LAW OFFICE OF JOHN M. KELSON
10
11
12                                    BY: _____
                                          JOHN M. KELSON
13    I consent to the foregoing substitution for Plaintiff GUITA BAHRAMIPOUR,
14  individually and on her own behalf.
15  DATED: March __, 2007             DOSTART CLAPP GORDON &
                                      COVENEY, LLP
16
17
18                                    BY: _____
                                          JAMES F. CLAPP
19
20    I accept the foregoing substitution for Plaintiff GUITA BAHRAMIPOUR,
21  individually and on her own behalf.
22  DATED: March __, 2007             SHUSTAK & PARTNERS
23
24
25                                    BY: _____
                                          EDWIN J. SHUSTAK
```

3

SUBSTITUTION OF COUNSEL BY PLAINTIFF

1    I consent to the foregoing substitution for Plaintiff GUITA BAHRAMIPOUR,
2  individually and on her own behalf.
3  DATED: March __, 2007                    HOFFMAN & LAZEAR
4
5
                                            BY:_____
6                                               H. TIM HOFFMAN

7    I consent to the foregoing substitution for Plaintiff GUITA BAHRAMIPOUR,
8  individually and on her own behalf.
9  DATED: March __, 2007                    LAW OFFICE OF JOHN M. KELSON
10
11
                                            BY:_____
12                                              JOHN M. KELSON

13    I consent to the foregoing substitution for Plaintiff GUITA BAHRAMIPOUR,
14 individually and on her own behalf.
15 DATED: ~~March~~ April 5, 2007            DOSTART CLAPP GORDON &
                                             COVENEY, LLP
16
17
18                                           BY:_____/s/_____
                                                JAMES F. CLAPP
19
20    I accept the foregoing substitution for Plaintiff GUITA BAHRAMIPOUR,
21 individually and on her own behalf.
22 DATED: March __, 2007                    SHUSTAK & PARTNERS
23
24
                                            BY:_____
25                                              EDWIN J. SHUSTAK

APPROVED AND SO ORDERED.

DATED: ~~March~~ April 24 __, 2007

_____
UNITED STATES DISTRICT JUDGE
CLAUDIA WILKIN