1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10
11

| | |
|---|---|
| GUITA BAHRAMIPOUR, AUSTIN HEBERGER, JR., and JANELLA HAIRSTON, individually, and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC.,<br><br>             Defendant.<br>_____<br>LARRY A. LaVOICE, DONITA A. WILLIAMS, KENNETH W. GLICK, LEWIS SHAPIRO, and FRANCIS P. HEATH, MARK BRAHNEY, TERRY FOX, KEITH GILLMAN, STEVEN KOLODNER, ANGELO MASSARO, RONALD ROSENZWEIG, ROBERT SCRABIS, and JOSEPH BLOOD, individually, and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br>vs.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC.<br><br>             Defendant. | Case No. C 04-04440 CW<br>Case No. C 07-801 CW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING APRIL 27, 2007 CASE MANAGEMENT CONFERENCE**<br><br>Hon. Claudia Wilken |

Plaintiffs Austin Heberger, Jr., Janella Hairston, Larry A. LaVoice, Donita A. Williams, Kenneth W. Glick, Lewis Shapiro, Francis P. Heath, Mark Brahney, Terry Fox, Keith Gillman, Steven Kolodner, Angelo Massaro, Ronald Rosenzweig, Robert Scrabis, and Joseph Blood (the "Settling Plaintiffs") and Citigroup Global Markets Inc., formerly known as Salomon Smith Barney, Inc. ("CGMI") hereby stipulate as follows:

1. The Settling Plaintiffs and CGMI have entered into a proposed classwide settlement, which is memorialized in the "Joint Stipulation of Class Action Settlement and Release" ("Settlement") on file with the Court. On March 2, 2007, the Court entered an order granting preliminary approval of the Settlement. The Settlement also applies to LaVoice, et al. v. Citigroup Global Markets Inc., formerly known as Salomon Smith Barney, Inc., Case No. C. 07-801-CW.

2. On April 11, 2007, pursuant to the Settlement, the Settling Plaintiffs and CGMI attended a hearing before the Hon. Charles A. Legge (Ret.), whom the Court appointed as Master to recommend an allocation of Settlement proceeds among the jurisdictions covered by the Settlement.

3. Judge Legge is scheduled to finalize his written recommendation on approximately April 26, 2007. The recommendation will likely contain proposed monthly settlement rates for each jurisdiction covered by the Settlement. (By way of example only, Judge Legge's recommendation might be that class members in California should receive $375 for each month they were employed in a covered position during the class period, whereas class members in New Jersey should receive $128 per work month.) Those monthly settlement rates, if approved by the Court, would be included in the class notice.

4. Case Management Conferences are currently scheduled in both Bahramipour, Case No. 04-04440-CW, and LaVoice, Case No. 07-801-CW, for April 27, 2007 at 1:30 p.m.

5. The parties request the opportunity to review Judge Legge's written recommendation, and the Settling Plaintiffs request an opportunity to prepare and file a motion with the Court regarding the same, before the Case Management Conferences in Bahramipour and LaVoice.

6. With the Court's permission, the parties request a continuance of the Case Management Conferences until May 15, 2007 at 2:00 p.m.

7. Furthermore, the Settling Plaintiffs request the opportunity to file their motion with respect to Judge Legge's recommendation on or before May 7, 2007, for hearing during the May 15 Case Management Conference.

IT IS SO STIPULATED.

Dated: April 24, 2007                    DOSTART CLAPP GORDON & COVENEY, LLP


_____/S/_____
JAMES F. CLAPP
Co-Lead Class Counsel


Dated: April 24, 2007                    O'MELVENY & MYERS LLP


_____/S/_____
CHRIS A. HOLLINGER
FRAMROZE M. VIRJEE
CHRISTOPHER T. SCANLAN
ADAM P. KOHSWEENEY
Attorneys for Defendant
Citigroup Global Markets Inc.

1

## ORDER

Good cause appearing, / and counsel for Ms. Bahramipour not objecting, the Court hereby orders as follows:

1. The Case Management Conferences in <u>Bahramipour</u>, Case No. 04-04440-CW and <u>LaVoice</u>, Case No. 07-801-CW are continued from April 27, 2007 to May 15, 2007 at 2:00 p.m.

2. The Settling Plaintiffs shall file and serve their motion with respect to the recommendation of the Master on or before May 7, 2007.

IT IS SO ORDERED.

Dated: 4/26/07       _____
                     HON. CLAUDIA WILKEN
                     United States District Court Judge