1  JAMES F. CLAPP (145814)
   DOSTART CLAPP GORDON & COVENEY, LLP
2  4370 La Jolla Village Dr. Ste. 970
   San Diego, CA 92122
3  Tel. (858) 623-4200; Fax. (858) 623-4299
   *Co-Lead Class Counsel*
4
   CHRIS A. HOLLINGER (147637)
5  CHRISTOPHER T. SCANLAN (211724)
   O'MELVENY & MYERS LLP
6  Embarcadero Center West
   275 Battery Street
7  San Francisco, CA 94111
   Tel. (415) 984-8700; Fax. (415) 984-8701
8  *Attorneys for Defendant*

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12  | GUITA BAHRAMIPOUR et al., | Case No. C 04-04440 CW |
13  | Plaintiffs, | Case No. C 07-801 CW |
14  | vs. | **JOINT STIPULATION TO CONTINUE AUGUST 16, 2007 STATUS CONFERENCE; ORDER THEREON** |
15  | CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC., | |
16  | | Hon. Claudia Wilken |
17  | Defendant. | |
18  | LARRY A. LaVOICE et al., | |
19  | Plaintiffs, | |
20  | vs. | |
21  | CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC. | |
22  | | |
23  | Defendant. | |

24

25

26

27

28

STIPULATION REGARDING CONTINUANCE OF CMC                      C 04-4440, 07-801 CW

**STIPULATION**

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

1. The Court's order of July 2, 2007 [Docket No. 32] approved certain modifications to the proposed class settlement in this matter, and referred the parties to further proceedings before the Special Master, the Honorable Judge Charles A. Legge (Ret.).

2. The parties were directed to submit a revised schedule for the settlement-approval process, and were instructed to do so after the Special Master concluded his review of the modifications to the proposed class settlement.

3. If the parties were unable to submit a revised schedule by August 16, 2007, they were directed to appear before the Court for a status conference on August 16th at 2:00 pm.

4. The parties promptly served Judge Legge with a copy of the Court's July 2, 2007 order, and have had two telephone conferences with him, the first on July 18th and the second on August 13th.

5. On the second, more recent call, Judge Legge stated that he would endeavor to complete his report by August 16th, but that he might not be able to do so because of other commitments.

6. Assuming Judge Legge is able to issue his report within the next week, which appears likely, the parties anticipate that they will be able to submit a revised case schedule proposal to the Court shortly thereafter.

7. Accordingly, the parties respectfully request that the Court continue, until September 20th, 2007, the deadline by which a revised schedule must be submitted or a case management conference held.

| | | |
|---|---|---|
|1| Dated: August 14, 2007 | DOSTART CLAPP GORDON & COVENEY, LLP |

_____w/permission_____
JAMES F. CLAPP
Co-Lead Class Counsel

Dated: August 14, 2007    WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

_____w/permission_____
JEFFREY G. SMITH
Co-Lead Class Counsel

Dated: August 14, 2007    O'MELVENY & MYERS LLP

_____/s/_____
FRAMROZE M. VIRJEE
CHRIS A. HOLLINGER
CHRISTOPHER T. SCANLAN
Attorneys for Defendant

## **ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefor, the deadline of August 16, 2007, by which date the parties must either submit a revised scheduling proposal or attend a status conference, is hereby CONTINUED to September 20, 2007. If the parties have not submitted a revised schedule before September 20th, the parties shall appear at a status conference on September 20, 2007 at 2:00 p.m.

Dated:  8/15, 2007.

By: _____[signature]_____
The Honorable Claudia Wilken
United States District Judge

SF1:683845.1

3

STIPULATION REGARDING CONTINUANCE OF CMC                    C 04-4440, 07-801 CW