1

2
· **FILED**

3
NOV 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

4

5

6

7

8
UNITED STATES DISTRICT COURT

9
NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  GUITA BAHRAMIPOUR, AUSTIN<br>HEBERGER, JR., and JANELLA<br>12  HAIRSTON, individually, and on behalf of<br>all others similarly situated,<br>13<br>Plaintiffs,<br>14<br>vs.<br>15<br>CITIGROUP GLOBAL MARKETS INC.,<br>16  formerly known as SALOMON SMITH<br>BARNEY, INC.,<br>17<br>Defendant. | Case No. C 04-04440 CW<br>Case No. C 07-801 CW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER:<br>(1) CONTINUING HEARING DATE FOR<br>SPECIAL MASTER TO CONSIDER<br>OBJECTIONS TO ALLOCATION OF<br>SETTLEMENT PROCEEDS; AND (2)<br>CONTINUING FINAL APPROVAL<br>HEARING**<br><br>Hon. Claudia Wilken |

18
LARRY A. LaVOICE, DONITA A.

19
WILLIAMS, KENNETH W. GLICK,
LEWIS SHAPIRO, and FRANCIS P.

20
HEATH, MARK BRAHNEY, TERRY FOX,
KEITH GILLMAN, STEVEN KOLODNER,

21
ANGELO MASSARO, RONALD
ROSENZWEIG, ROBERT SCRABIS, and

22
JOSEPH BLOOD, individually, and on
behalf of all others similarly situated,

23

Plaintiffs,

24
vs.

25
CITIGROUP GLOBAL MARKETS INC.,
formerly known as SALOMON SMITH

26
BARNEY, INC.

27
Defendant.

28

1    The Class Representatives, Austin Heberger, Jr., Janella Hairston, Larry A. LaVoice,

2    Donita A. Williams, Kenneth W. Glick, Lewis Shapiro, Francis P. Heath, Mark Brahney, Terry

3    Fox, Keith Gillman, Steven Kolodner, Angelo Massaro, Ronald Rosenzweig, Robert Scrabis, and

4    Joseph Blood (collectively the "Class Representatives"), by and through Co-Lead Class Counsel,

5    Dostart Clapp Gordon & Coveney, LLP and Wolf Haldenstein Adler Freeman & Herz LLP, and

6    defendant Smith Barney, a division of Citigroup Global Markets Inc. ("CGMI"), by and through

7    its attorneys O'Melveny & Myers LLP, hereby stipulate as follows:

8                                    RECITALS

9    A.    On February 16, 2007, the Class Representatives and CGMI entered into a

10   proposed class action settlement ("Settlement"), the terms of which are contained in the Joint

11   Stipulation of Class Action Settlement and Release ("Stipulation"), filed in Case No. 04-4440 as

12   Docket No. 52.  On March 2, 2007, the Court entered an order preliminarily approving the

13   Settlement. See Docket No. 63.

14   B.    In accordance with Section VII.C of the Stipulation, on April 11, 2007, the parties

15   participated in a hearing before the Court-appointed Special Master, the Hon. Charles A. Legge

16   (Ret.).  The purpose of the hearing was for the Special Master to formulate a plan for allocating

17   the Settlement proceeds between the states and territories covered by the Settlement.  On April

18   26, 2007, the Special Master issued the "Report, Findings and Recommendations of the Special

19   Master" ("Report"), which set forth his proposed allocation.  See Docket No. 70.  On May 7,

20   2007, plaintiffs moved the Court to adopt the Report, and on May 11, 2007, the Court granted

21   plaintiffs' motion. See Docket No. 78.  The Court's May 11, 2007 order also approved the form

22   of class notice, which incorporated the Special Master's proposed allocation, and set deadlines for

23   mailing the notice and carrying out the other terms of the Settlement.

24   C.    Subsequently, on June 22, 2007, the parties entered into the "Addendum to Joint

25   Stipulation of Class Action Settlement and Release," Docket No. 80 ("Addendum").  The purpose

26   of the Addendum was to make additional funds available to pay claims, to adjust for corrected

27   data regarding the number of months that class members worked for CGMI during the applicable

28   federal and state limitations periods.  The Addendum provided, inter alia, that the interest rate on

2

1    the settlement fund would be increased by two percentage points and that the settlement fund

2    would become entirely non-reversionary: i.e., no portion of the settlement fund would revert to

3    the defendant.

4         D.      On July 2, 2007, the Court preliminarily approved the Addendum. See Docket No.

5    81. In that same order, the Court directed the parties to consult with the Special Master to

6    determine whether the allocation formula set forth in the Report should remain in effect in light of

7    the corrected work-month data. Id. at page 7, lines 7-12. Upon completing these consultations

8    with the Special Master, the parties were to submit a revised class notice and schedule to the

9    Court. Id. at 7, lines 13-15.

10        E.      The parties conferred with the Special Master on July 18 and again on August 13,

11    2007. On August 15, 2007, the Special Master issued the "Supplemental Report, Findings and

12    Recommendations of the Special Master," Docket No. 84 ("Supplemental Report"). In the

13    Supplemental Report, the Special Master found that, despite the increased number of work-

14    months, the allocation formula set forth in the April 26, 2007 Report (Docket No. 70) remained

15    fair, reasonable and adequate. See Supplemental Report, page 4, lines 2-4.

16        F.      On September 5, 2007, the Court entered an order (Docket No. 87) adopting the

17    Supplemental Report, approving the class notice, and setting the following dates:

| | |
|---|---|
| September 7, 2007 | The Claims Administrator, Rust Consulting, shall mail the Notice, Claim Form, and Request for Exclusion and arrange for publication of the Notice, as provided in Section VIII(C) of the Stipulation. |
| September 14, 2007 | The Claims Administrator shall mail the supplemental Class Action Fairness Act notice as described in Section VIII(A) of the Stipulation. |
| November 6, 2007 | Last day for class members to file and serve objections to Settlement, or to postmark their Claim Forms or Requests for Exclusion from the Settlement. |
| November 13, 2007 at 5:00 p.m. | Hearing before the Special Master, the Hon. Charles A. Legge (Ret.), to consider any objections to the allocation of Settlement proceeds. The hearing will take place at JAMS, Two Embarcadero Center, Ste. 1500, San Francisco, CA 94111. |

3

STIPULATION AND [PROPOSED] ORDER: (1) CONTINUING SPECIAL MASTER
HEARING DATE; AND (2) CONTINUING FINAL APPROVAL HEARING               C 04-4440 CW
                                                                C 07-801 CW

| | |
|---|---|
| December 6, 2007 | Last day for the Class Representatives to file their motions for final approval of the Settlement and for awards of attorney's fees, costs, and plaintiff enhancements. |
| January 10, 2008, 2:00 p.m. | Final approval hearing. |

H.     In response to the mailing of the class notice, the parties received approximately ten (10) objections regarding the allocation of Settlement proceeds (i.e., the issue that this Court referred to the Special Master).  In addition, recently, CGMI received an inquiry from the Delaware Department of Justice asking for further information supporting the allocation of Settlement proceeds to class members who worked in Delaware.  The parties need additional time to brief those objections for the Special Master and to respond to the Delaware Department of Justice. Furthermore, the parties would like to ensure that the Special Master has sufficient time to consider the objections and issue a written recommendation before the final approval hearing.

I.     The parties have consulted with the Special Master and, subject to this Court's approval, have reserved a hearing date of December 19, 2007 at 1:00 p.m. for the Special Master to consider and rule on the objections to the allocation of Settlement proceeds.

J.     To ensure that the Special Master has sufficient time to issue his recommendation, and to allow the parties to address those recommendations in their final approval motion, the parties respectfully request that the Court continue the final approval hearing to March 13, 2008 at 2:00 p.m., or to the first available date on the Court's calendar thereafter.  The Class Notice specifically provides that the "[final approval] hearing may be continued without further notice to the class."  See Docket No. 87, Exhibit 1, para. 6, page 7.  Nevertheless, the parties will give formal notice of the continuance of the final approval hearing and the Special Master hearing to all parties, all objectors, and anyone else who has entered an appearance in this matter.

///

///

///

///

///

4

1

TERMS OF AGREEMENT

2       1.     The parties jointly request that the Court modify the schedule for carrying out the

3  Settlement as follows:

| Date | Action |
|------|--------|
| December 19, 2007 at 1:00 p.m. | Hearing before the Special Master, the Hon. Charles A. Legge (Ret.), to consider any objections to the allocation of Settlement proceeds. The hearing will take place at JAMS, Two Embarcadero Center, Ste. 1500, San Francisco, CA 94111. |
| February 7, 2008 | Last day for the Class Representatives to file their motions for final approval of the Settlement and for awards of attorney's fees, costs, and plaintiff enhancements. |
| March 13, 2008 at 2:00 p.m. | Final approval hearing. |

IT IS SO STIPULATED.

Dated: November 8, 2007      DOSTART CLAPP GORDON & COVENEY, LLP

/s/_____
JAMES F. CLAPP
Co-Lead Class Counsel

Dated: November 8, 2007      WOLF HALDENSTEIN ADLER FREEMAN
                              & HERZ LLP

/s/_____
JEFFREY G. SMITH
Co-Lead Class Counsel

Dated: November 8, 2007      O'MELVENY & MYERS LLP

/s/_____
FRAMROZE M. VIRJEE
CHRIS A. HOLLINGER
Attorneys for Defendant

1

ORDER

2   Good cause appearing, the Court hereby orders as follows:

3   1.  The Court approves the amended schedule set forth in paragraph 1 above and

4 orders the parties to carry out the Settlement as provided in that schedule.

5   2.  The parties shall give formal notice of the continuance of the final approval

6 hearing and the Special Master hearing to all parties, all objectors, and to anyone else who has

7 entered an appearance in this matter.

8   IT IS SO ORDERED.

9

10 Dated:  **NOV 1 4 2007**

             HON. CLAUDIA WILKEN
             United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

STIPULATION AND [PROPOSED] ORDER: (1) CONTINUING SPECIAL MASTER
HEARING DATE; AND (2) CONTINUING FINAL APPROVAL HEARING       C 04-4440 CW
                                      C 07-801 CW