1  CHRIS A. HOLLINGER (S.B. #147637) – chollinger@omm.com
   CHRISTOPHER T. SCANLAN (S.B. #211724) – cscanlan@omm.com
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, CA  94111-3305
4  Tel. (415) 984-8700
   Fax. (415) 984-8701
5
   Attorneys for Defendant
6  CITIGROUP GLOBAL MARKETS INC.

7

8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  GUITA BAHRAMIPOUR, AUSTIN HEBERGER, JR., and JANELLA HAIRSTON, individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC.,<br><br>            Defendant.<br>_____<br>LARRY A. LaVOICE, DONITA A. WILLIAMS, KENNETH W. GLICK, LEWIS SHAPIRO, and FRANCIS P. HEATH, MARK BRAHNEY, TERRY FOX, KEITH GILLMAN, STEVEN KOLODNER, ANGELO MASSARO, RONALD ROSENZWEIG, ROBERT SCRABIS, and JOSEPH BLOOD, individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>vs.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC.,<br><br>            Defendant. | Case No. C 04-04440 CW<br>Case No. C 07-801 CW<br><br>**ORDER GRANTING DEFENDANT CITIGROUP GLOBAL MARKETS INC.'S MOTION TO LIMIT SUBSEQUENT COLLECTIVE ACTIONS UNDER THE FAIR LABOR STANDARDS ACT**<br><br>Hearing Date:  March 13, 2008<br>                      [Approval Hearing]<br>Time:            2:00 p.m.<br>Judge:           Hon. Claudia Wilken<br>Courtroom:    2 |

1  Defendant Citigroup Global Markets Inc.'s Motion To Limit Subsequent Collective
2  Actions Under The Fair Labor Standards Act came on regularly for hearing on March 13,
3  2008. The Court has reviewed the moving papers, any and all other papers that have been
4  filed in connection with said motion, and the argument of counsel.
5  For the reasons stated in the moving papers, and good cause appearing, the motion
6  is granted.
7  It is hereby ORDERED that: All members of the Settlement Class in this matter
8  who worked for CGMI in a Covered Position outside the State of California, and who did
9  not timely submit either a Claim Form or a Request for Exclusion, shall henceforth be
10 barred from bringing or participating in any collective or class action against CGMI under
11 the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*, to the extent such
12 collective or class action alleges a violation of the FLSA occurring on or before January 1,
13 2007. Such individuals still retain the right to bring individual actions under the FLSA.

**IT IS SO ORDERED.**

Dated: March 21, 08

_____
The Hon. Claudia Wilken
United States District Judge

SF1:704888.1