C-04-4440-CW Guita Bahramipour -v- Citigroup Global Markets Inc.

Docket #157 stricken per order #163, filed on 6/26/08.