JAMES F. CLAPP (145814)
DOSTART CLAPP GORDON & COVENEY, LLP
4370 La Jolla Village Dr. Ste. 970
San Diego, California 92122
Tel. (858) 623-4200; Fax. (858) 623-4299

Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GUITA BAHRAMIPOUR, AUSTIN HEBERGER, JR., and JANELLA HAIRSTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC.,<br><br>Defendant. | Case No. C 04-04440 CW<br><br>**ADMINISTRATIVE MOTION TO REMOVE OR SEAL LETTER FILED BY GUITA BAHRAMIPOUR**<br><br>Hon. Claudia Wilken |

| | |
|---|---|
| 1 | On Friday, June 13, 2008 at 10:03 a.m., Class Counsel Dostart Clapp Gordon & Coveney, |
| 2 | LLP ("DCGC") received, via email, a "Notice of Electronic Filing" indicating that a letter from |
| 3 | Guita Bahramipour, a former named plaintiff, had been filed with the Court's ECF system. As |
| 4 | has been Ms. Bahramipour's practice with her previous letters to the Court, she failed to serve the |
| 5 | letter on DCGC. Accordingly, the first time DCGC saw the letter was at 10:03 a.m. this morning. |
| 6 | Ms. Bahramipour's letter contains numerous, frivolous accusations against DCGC and her |
| 7 | former attorneys. However, this is not the forum for Ms. Bahramipour to make these allegations. |
| 8 | This case is closed. The Court has already considered Ms. Bahramipour's objections to the |
| 9 | settlement and has overruled those objections and approved the settlement. The time period for |
| 10 | appealing the Court's final approval order has expired. Even if Ms. Bahramipour's letter is |
| 11 | construed as some form of motion or other request for relief, the Court does not have jurisdiction |
| 12 | to rule on that request in this case. |
| 13 | Nevertheless, Ms. Bahramipour's letter, if it is allowed to remain on the Court's ECF |
| 14 | system, will cause irreparable harm to DCGC. Consequently, DCGC respectfully requests that |
| 15 | the Court either remove the letter from the ECF system, or place the letter under seal. Fed. R. |
| 16 | Civ. P. 12(f) authorizes the Court to strike, on its own motion, any "immaterial, impertinent, or |
| 17 | scandalous matter." Here, not only are Ms. Bahramipour's allegations scandalous, but they are |
| 18 | also immaterial and impertinent because the issues about which she complains relate to matters |
| 19 | over which the Court no longer has jurisdiction. |
| 20 | Alternatively, Local Rules 7-11 and 79-5 permit the Court to place certain filings under |
| 21 | seal. Ms. Bahramipour's letter should be placed immediately under seal, because it implicates |
| 22 | matters that fall within the attorney-client and attorney work product privileges. Furthermore, |
| 23 | DCGC cannot defend itself against Ms. Bahramipour's allegations because DCGC's response |
| 24 | would necessarily violate those privileges. Accordingly, the only remedy that DCGC has is to |
| 25 | have the letter either removed from the ECF system, or placed under seal. |
| 26 | ///// |
| 27 | ///// |
| 28 | ///// |

1

If the Court is unwilling to remove or seal Ms. Bahramipour's letter permanently based on this filing, DCGC respectfully requests that the Court place her letter under seal temporarily to allow DCGC to bring a formal noticed motion.

Dated: June 13, 2008          DOSTART CLAPP GORDON & COVENEY, LLP

_____/S/_____
JAMES F. CLAPP
Co-Lead Class Counsel

.

## PROOF OF SERVICE

I am employed in the county of San Diego, State of California. I am over the age of eighteen and am not a party to this case. I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is: DOSTART CLAPP GORDON & COVENEY, LLP, 4370 La Jolla Village Dr., Ste. 970, San Diego, CA 92122.

On June 13, 2008, I served the foregoing document(s) described as:

ADMINISTRATIVE MOTION TO REMOVE OR SEAL LETTER FILED BY GUITA BAHRAMIPOUR;

DECLARATION OF JAMES F. CLAPP IN SUPPORT OF ADMINISTRATIVE MOTION TO REMOVE OR SEAL LETTER FILED BY GUITA BAHRAMIPOUR;

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO REMOVE OR SEAL LETTER FILED BY GUITA BAHRAMIPOUR

on the interested parties in this action addressed to the addressee as follows:

Chris A. Hollinger, Esq.
Christopher T. Scanlan, Esq.
O'MELVENY & MYERS LLP
275 Battery Street, 26th floor
San Francisco, CA 94111-3306
Email: chollinger@omm.com
    cscanlan@omm.com

Mark Thierman, Esq.
THIERMAN LAW FIRM
7287 Lakeside Dr.
Reno, NV 89511-7652
Email: laborlawyer@pacbell.net

John M. Kelson, Esq.
LAW OFFICES OF JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, CA 94612
Email: kelsonlaw@sbcglobal.net

David Borgen, Esq.
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Dr, Suite 100
Oakland, CA 94612
Email: borgen@gdblegal.com

Framroze M. Virjee, Esq.
Adam P. Kohsweeney, Esq.
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Email: fvirjee@omm.com
    akohsweeney@omm.com

H. Tim Hoffman, Esq.
Arthur W. Lazear, Esq.
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Email: hth@hoffmanandlazear.com
    awl@hoffmanandlazear.com

Erwin J. Shustak, Esq.
Arian A. Baryalai, Esq.
SHUSTAK & PARTNERS
401 West A Street
Suite 2330
San Diego, CA 92101
Email: shustak@shufirm.com
    abaryalai@shufirm.com

Joseph W. Cotchett, Esq.
Justin T. Berger, Esq.
COTCHETT, PITRE & McCARTHY
San Francisco Airport Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Email:  jberger@cpmlegal.com

Jerry K. Cimmet, Esq.
177 Bovet Road Ste 600
San Mateo, CA 94402-3122
Email: cimmet@att.net

☑ (BY E-FILE) and causing a true copy thereof to be filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

---

Thomas Charles Frost, Esq.
SHUSTAK & PARTNERS
401 West A Street
Suite 2330
San Diego, CA 92101

Ms. Guita Bahramipour
10 Red Wing Place
Moraga, CA 94556

☐ (BY UNITED STATES POSTAL SERVICE) and placing a true copy thereof in a sealed envelope and personally placing such envelope with postage fully prepaid for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices. I further declare that I am readily familiar with our business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

☑ (BY OVERNIGHT MAIL) and placing a true copy thereof in a sealed Federal Express envelope and personally placing such envelope with postage fully prepaid for deposit in the Federal Express mailbox for next day delivery, this same day, at my business address shown above, following ordinary business practices. I further declare that I am readily familiar with our business' practice for collection and processing of overnight mail with the Federal Express Service; and that the correspondence shall be deposited in an official Federal Express overnight mailbox this same day in the ordinary course of business.

Executed on June 13, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

KATHRYN A. JORDAN